*Jack Reinstein* and *William I. Cohen* for appellant.

*Alvin McKinley Sylvester, Emanuel D. Black* and *Robert W. Corcoran* for respondent.

Order affirmed, with costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.

REDLARK REALTY CORP. et al., Appellants, *v.* DAVID MINKIN et al., Respondents.

Argued January 4, 1954; decided February 25, 1954.

*Adolph Kaufman, Milton C. Weisman, Arthur Sheinberg, Lester Samuels* and *Donald Jacoby* for appellants.

*John P. McGrath, Martin D. Jacobs* and *Frederick R. Adler* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.

In the Matter of HILTON HOTELS CORPORATION, Appellant, against WILLIAM E. BOYLAND et al., Constituting the Tax Commission of the City of New York, Respondents. [2–20 and 22 W. 59th St., Borough of Manhattan.]

Argued January 13, 1954; decided February 25, 1954.

